**Michael Izell SEALS, Petitioner–Appellant,**

**v.**

**Francisco JACQUEZ, Warden; Bill Lockyer, Respondents–Appellees.**

**No. 13–16930.**

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 18, 2015.*

Filed Nov. 23, 2015.

Michael Izell Seals, Eureka, CA, pro se.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument.

Alisha Mae Carlile, Agca–Office of the California Attorney General, San Francisco, CA, for Respondents–Appellees.

Before: TASHIMA, OWENS, and FRIEDLAND, Circuit Judges.

MEMORANDUM **

Michael Izell Seals appeals from the district court's judgment dismissing his 28 U.S.C. § 2254 habeas petition. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Seals's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. Seals filed pro se supplemental briefs on July 14 and 15, and August 19, 2015, which we have considered. No answering brief has been filed.

Our independent review of the briefing and record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses that the certified issue provides no basis for appellate relief, *see Graves v. McEwen,* 731 F.3d 876, 880–81 (9th Cir.2013), and we decline to expand the certificate of appealability to cover the uncertified issues identified in Seals's pro se briefing. *See* 28 U.S.C. § 2253(c)(2); 9th Cir. R. 22–1(e); *Hiivala v. Wood,* 195 F.3d 1098, 1104–05 (9th Cir.1999) (per curiam).

Counsel's motion to withdraw is **GRANTED.**

*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

All other pending motions are denied.
**AFFIRMED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.